40 So.2d 654

### Hays LAZANA v. STATE.
#### 4 Div. 557.

Supreme Court of Alabama.
May 19, 1949.

John C. Walters, of Troy, for petitioner.
A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Hays Lazana for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in the case of Lazana v. State, 40 So.2d 652.

Writ denied.

BROWN, LIVINGSTON and STAKELY, JJ., concur.

40 So.2d 344

### Finis FREELAND v. STATE.
#### 8 Div. 505.

Supreme Court of Alabama.
March 31, 1949.

Rehearing Denied May 19, 1949.

H. G. Bailey, of Boaz, for petitioner.
A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Finis Freeland for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Freeland v. State, Ala.App., 40 So.2d 339.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.